UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOSLEY MEDICAL INSTITUTE, INC., | ) | Case No. 01-CV-1752-WQH (JMA) |
| Plaintiff, | ) | **ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | ) | |
| MICHAEL STEVEN KREMER, | ) | |
| Defendant. | ) | |

A telephonic Case Management Conference was held on July 2, 2007 at 9:30 a.m. Counsel for the parties informed the Court that the case has settled. The attorneys must personally appear for a Settlement Disposition Conference on **August 1, 2007** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1 before the date indicated above, counsel shall contact the
2 chambers of Magistrate Judge Adler <u>at least one court day before</u>
3 <u>the date indicated above to explain the reasons therefor.</u>
4 <u>Failure to comply with this order may be cause for the imposition</u>
5 <u>of monetary sanctions.</u>
6     **IT IS SO ORDERED.**
7 DATED:  July 2, 2007

            _____
            Jan M. Adler
            U.S. Magistrate Judge